1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DESIGN 3.2 TRUST,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DANIEL T. KENNISON and MARIA J. KENNISON, and DOES I through X, ROE CORPORATIONS I through X, et al.<br><br>                    Defendants. | Case No.: 2:15-cv-01817-JAD-CWH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ADEPT MANAGEMENT SERVICES AND TORREY PINES HOMEOWNERS ASSOCIATION TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM** |

This matter involves claims to quiet title that are the result of an Torrey Pines Homeowners Association's ("HOA") foreclosure sale as well as the Bank of New York Mellon's foreclosure sale on real property located at 6213 Red Pine Court, Las Vegas, NV 89130, APN # 125-26-111-026 (the "Property"). Defendants Daniel T. Kennison and Maria J. Kennison ("Defendants") served the HOA and Adept Management Services ("Adept") with a Subpoena Duces Tecum and subsequently filed an Emergency Motion to Compel Pursuant to LR 7-5 (Doc # 47). A hearing was held on February 4, 2016, before Magistrate Judge Hoffman. Having read the pleadings and papers and having heard oral argument, the Court finds and

**Fidelity National Law Group**
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

orders that Defendants' Motion to Compel is GRANTED and the HOA and Adept are ordered to produce documents as follows:

IT IS ORDERED that the HOA and Adept are required to produce all records and information, such as payments made, rejected, and/or offered, outstanding amounts owed, fees, costs and interest incurred, delinquent assessments, any super priority amounts owed, charged or offered, any sub-priority amounts owed, charged offered, any correspondences and communications regarding offers to pay, communications regarding the status of the account, delinquencies, and the foreclosure, and accounts ledgers regarding the same for January 1, 2007 through to the date of the HOA's foreclosure sale to Design 3.2 LLC on October 23, 2009 for real property located at 6213 Red Pine Court, Las Vegas, NV 89130.

IT IS FURTHER ORDERED that the responsibility for identifying any confidential or financially sensitive documents and information, redacting such information, and how it should be treated is the responsibility of the Parties pursuant to the Stipulated Protective Order that the Parties have been ordered to enter into within the next two (2) weeks, February 18, 2016.

IT IS SO ORDERED

DATED this __8th__ day of February, 2016.

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000