Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Ste. 100
Henderson, Nevada 89074
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for Daniel T. Kennison and
Maria J. Kennison

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DESIGN 3.2 TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL T. KENNISON and MARIA J. KENNISON, and DOES I through X, ROE CORPORATIONS I through X, et al.<br><br>　　　　　　　　Defendants. | Case No.: 2:15-cv-01817-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>[ECF No. 115] |

COMES NOW, Plaintiff DESIGN 3.2 TRUST, by and through its counsel of record, James S. Kent, Esq. and DANIEL T. KENNISON, MARIA J. KENNISON (the "Kennisons") and FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac"), by and trough their counsel of record, Fidelity National Law Group, and hereby STIPULATE AND AGREE as follows:

///

///

///

///

///

That each and every action, claim, counterclaim, third-party claim or any other cause of action averred by any party hereto against another, and every party hereto, is dismissed with prejudice; each party shall bear its own attorney's fees and costs.

DATED this 4 day of ~~July,~~ Aug 2016.

FIDELITY NATIONAL LAW GROUP

_____
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
2450 St. Rose Parkway, Suite 100
Henderson, NV  89074
(702) 667-3000
Attorney for *Daniel T. Kennison,
Maria J. Kennison and Federal Home Loan
Mortgage Corporation*

DATED this 29 day of July, 2016.

JAMES S. KENT, LTD

_____
James S. Kent, Esq.
9480 S. Eastern Avenue, Suite 228
Las Vegas, NV 89123
Attorney for Plaintiff Design 3.2 Trust

**Order**

It is so ORDERED that this case is dismissed with prejudice and with each party to bear its own attorney's fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED: August 5, 2016

_____
Jennifer A. Dorsey
United States District Judge